1 | Robert F. McCauley (State Bar No. 162056)
Tina E. Hulse (State Bar No. 232936)
2 | FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
3 | 3300 Hillview Avenue
Palo Alto, California 94304
4 | Telephone:    (650) 849-6600
Facsimile:    (650) 849-6666
5 | robert.mccauley@finnegan.com
tina.hulse@finnegan.com
6 |
Roger Taylor (*Not Yet Admitted Pro Hac Vice*)
7 | F. Leslie Bessenger III (*Not Yet Admitted Pro Hac Vice*)
Joseph E. Palys (*Not Yet Admitted Pro Hac Vice*)
8 | FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
9 | 3500 SunTrust Plaza
303 Peachtree Street, NE
10 | Atlanta, GA 30308-3263
Telephone:    (404) 653-6400
11 | Facsimile:    (404) 653-6444
roger.taylor@finnegan.com
12 | les.bessenger@finnegan.com
joe.palys@finnegan.com
13 |
14 | Attorneys for Plaintiff
COREL TW CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COREL TW CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CYBERLINK CORPORATION and CYBERLINK.COM CORPORATION,<br><br>Defendants. | CASE NO. CV-08-2146 JL<br><br>**NOTICE OF POTENTIALLY RELATED CASE** |

1  Plaintiff COREL TW CORPORATION hereby notifies the court of a potentially related case
2  pending in the United States District Court for the Northern District of California, Oakland Division,
3  *Intervideo Digital Technology Corporation v. Dell, Inc.,* Case No. C-05-03317 CW.   A Stipulation
4  to Consider Whether Cases are Related filed in that action is attached.

6  Dated:  May 9, 2008                    FINNEGAN, HENDERSON, FARABOW,
                                             GARRETT & DUNNER, L.L.P.


9                                         By:    /S/
                                             Robert F. McCauley
10                                           Attorneys for Plaintiff
                                             COREL TW CORPORATION

# EXHIBIT A

1 | Robert F. McCauley, Esq. (State Bar No. 162056)
FINNEGAN, HENDERSON, FARABOW,
2 |   GARRETT & DUNNER, L.L.P.
Stanford Research Park
3 | 3300 Hillview Avenue
Palo Alto, California  94304-1203
4 | Telephone:    (650) 849-6600
Facsimile:    (650) 849-6666
5 |
6 | Roger D. Taylor, Esq., *pro hac vice*
Esther H. Lim, Esq., *pro hac vice*
Joseph E. Palys, Esq., *pro hac vice*
7 | FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
8 | 901 New York Avenue
Washington, D.C.  20001-4413
9 | Telephone:    (202) 408-4000
Facsimile:    (202) 408-4400
10 |
11 | Attorneys for Plaintiff
INTERVIDEO DIGITAL
12 | TECHNOLOGY CORPORATION,
now known as COREL TW CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INTERVIDEO DIGITAL TECHNOLOGY CORPORATION,<br><br>            Plaintiff and Counter-defendant<br><br>       v.<br><br>DELL, INC.,<br><br>            Defendant and Counter-claimant. | CASE NO. C 05-03317 CW<br><br>**STIPULATION TO CONSIDER WHETHER CASES ARE RELATED; [PROPOSED] ORDER** |

1  Pursuant to Civil L.R. 3-12, Plaintiff InterVideo Digital Technology Corporation, now
2  known as Corel TW Corporation ("Corel"), and Defendant Dell, Inc. ("Dell") notify this Court of a
3  case meeting the definition of a "Related Case" under the Civil L.R. 3-12, namely the recently filed
4  case entitled *Corel TW Corporation v. Cyberlink Corporation and Cyberlink.com Corporation*, CV
5  08-2146 JL filed on April 24, 2008 ("*Corel v. Cyberlink*").  Corel has asserted the same United
6  States Patent No. 6,765,788 ("the '788 patent") against Defendants in both actions.   Thus, at a
7  minimum, the same intellectual property is at issue in both cases, and it appears likely that there will
8  be an unduly burdensome duplication of labor and expense or conflicting results (e.g., claim
9  construction rulings) if the cases are conducted before different judges.  Civil L.R. 3-12(a).
10  Accordingly, it appears appropriate for the Court to consider whether the cases should be related
11  under Civil L.R. 3-12.
12  In furtherance of this stipulation, the parties remind the Court that this case was stayed at an
13  early stage pursuant to 28 U.S.C. § 1659 until the resolution of United States International Trade
14  Commission Investigation No. 377-TA-588, and the Court has ordered that the next Case
15  Management Conference be held in this action on June 17, 2008.
16  By his signature below, counsel for Plaintiff attests that counsel for Defendant Dell
17  concurred in the filing of this document.

18  Dated: May  9, 2008                         FINNEGAN, HENDERSON, FARABOW,
                                                  GARRETT & DUNNER, L.L.P.
19
20                                              By:_____/s/_____
                                                    ROBERT F. McCAULEY
21                                                  Attorneys for Plaintiff
                                                    INTERVIDEO DIGITAL TECHNOLOGY
22                                                  CORPORATION, now known as COREL TW
                                                    CORPORATION
23
24  Dated: May 9, 2008                          WINSTON & STRAWN LLP
25
                                                By:_____/s/_____
26                                                  MARK K. DICKSON
                                                    Attorneys for Defendant
27                                                  DELL INC.
28                                     2        STIPULATION TO CONSIDER WHETHER CASES RELATED
                                                                        Case No. C 05-03317 CW

1 **[PROPOSED] ORDER**

2 The Court orders that [_____].

3 ORDERED this _____ day of _____, 2008.

_____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT