1  Robert F. McCauley (State Bar No. 162056)
   Tina E. Hulse (State Bar No. 232936)
2  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
3  3300 Hillview Avenue
   Palo Alto, California  94304
4  Telephone:    (650) 849-6600
   Facsimile:    (650) 849-6666
5  robert.mccauley@finnegan.com
   tina.hulse@finnegan.com
6
   Roger Taylor (*Not Yet Admitted Pro Hac Vice*)
7  F. Leslie Bessenger III (*Not Yet Admitted Pro Hac Vice*)
   Joseph E. Palys (*Not Yet Admitted Pro Hac Vice*)
8  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
9  3500 SunTrust Plaza
   303 Peachtree Street, NE
10 Atlanta, GA 30308-3263
   Telephone:    (404) 653-6400
11 Facsimile:    (404) 653-6444
   roger.taylor@finnegan.com
12 les.bessenger@finnegan.com
   joe.palys@finnegan.com
13

14 Attorneys for Plaintiff
   COREL TW CORPORATION.
15

16
                    UNITED STATES DISTRICT COURT
17
                   NORTHERN DISTRICT OF CALIFORNIA
18

19
                                              CASE NO. CV-08-2146 CW
20 COREL TW CORPORATION,.

21              Plaintiff,                    PROOF OF SERVICE OF SUMMONS
                                              AND COMPLAINT
22       v.
                                              CYBERLINK.COM
23 CYBERLINK CORPORATION and
   CYBERLINK.COM CORPORATION,
24
                Defendants.
25

26

27

28

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __05/05/2008__,
by:

    (1) personally delivering a copy of each to the individual at this place, __46750 Fremont Blvd., Ste. 200, Fremont, California 94538__ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is __Shing Wong, agent for service of process__ ; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ __173.60__ for services, for a total of $ __173.60__.

Date: __05/06/2008__

_Randolph Haumann_
Server's signature

Randolph Haumann, Registered Process Server
Printed name and title

Western Attorney Services
75 Columbia Square
San Francisco, CA 94103
(415) 487-4140
Server's address