1 | Bingham McCutchen LLP
  | WILLIAM F. ABRAMS (SBN 88805)
2 | william.abrams@bingham.com
  | PATRICK T. WESTON (SBN 211448)
3 | patrick.weston@bingham.com
  | 1900 University Avenue
4 | East Palo Alto, CA  94303-2223
  | Telephone:  650.849.4400
5 | Facsimile:  650.849.4800

6 | Bingham McCutchen LLP
  | GARY M. HNATH (*Not Yet Admitted Pro Hac Vice*)
7 | gary.hnath@bingham.com
  | 2020 K Street NW
8 | Washington, DC  20006-1806
  | Telephone:  202.373.6000
9 | Facsimile:  202.373.6001

10 | Attorneys for Defendants
   | CYBERLINK CORPORATION and
11 | CYBERLINK.COM CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

COREL TW CORPORATION,

     Plaintiff,

    v.

CYBERLINK CORPORATION and
CYBERLINK.COM CORPORATION,

     Defendants.

No. 4:08-CV-02146-CW

**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

A/72548011.4

STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
4:08-CV-02146-CW

1  It is hereby stipulated, pursuant to Civil Local Rule 6-1, that defendants Cyberlink

2  Corporation and Cyberlink.com Corporation shall have up to and including June 24, 2008, in

3  which to answer or otherwise respond to plaintiff's Complaint.

4  DATED: May 27, 2008

Bingham McCutchen LLP

By:     */s/ Patrick T. Weston*
Patrick T. Weston
Attorneys for Defendants
Cyberlink Corporation and Cyberlink.com
Corporation

DATED: May 27, 2008

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.

By:     */s/ Robert F. McCauley*
Robert F. McCauley
Attorneys for Plaintiff
Corel TW Corporation

**CERTIFICATION PURSUANT TO GENERAL RULE NO. 45, SECTION X
RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

1.  I am a lawyer licensed to practice law in the State of California, and am a counsel in the law firm of Bingham McCutchen LLP, counsel for defendants Cyberlink Corporation and Cyberlink.com Corporation. The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2.  The above e-filed document contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court. Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, dated May 27, 2008.

　　　　　　　　　　　　　　　　　　　　　　 */s/ Patrick T. Weston*
　　　　　　　　　　　　　　　　　　　　　　　　Patrick T. Weston