1 | Robert F. McCauley (State Bar No. 162056)
Tina E. Hulse (State Bar No. 232936)
2 | FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
3 | 3300 Hillview Avenue
Palo Alto, California 94304
4 | Telephone:   (650) 849-6600
Facsimile:    (650) 849-6666
5 | robert.mccauley@finnegan.com
tina.hulse@finnegan.com
6
Roger Taylor (*Not Yet Admitted Pro Hac Vice*)
7 | F. Leslie Bessenger III (*Not Yet Admitted Pro Hac Vice*)
Joseph E. Palys (*Not Yet Admitted Pro Hac Vice*)
8 | FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
9 | 3500 SunTrust Plaza
303 Peachtree Street, NE
10 | Atlanta, GA 30308-3263
Telephone:   (404) 653-6400
11 | Facsimile:    (404) 653-6444
roger.taylor@finnegan.com
12 | les.bessenger@finnegan.com
joe.palys@finnegan.com

Attorneys for Plaintiff
COREL TW CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COREL TW CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CYBERLINK CORPORATION and<br>CYBERLINK.COM CORPORATION,<br><br>Defendants. | CASE NO. CV-08-2146 CW<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

1  With the Court's permission, the parties to this action hereby stipulate that the Case
2  Management Conference ("CMC") in this action, currently scheduled for Tuesday, June 17, 2008, be
3  continued until Tuesday, July 29, 2008.

4  This matter was ordered related to *Intervideo Digital Technology Corporation v. Dell Inc.* (C
5  05-03317), and CMCs for both cases are scheduled for June 17, 2008. However, counsel for
6  plaintiff, Robert F. McCauley, has a family vacation planned from June 16-27, 2008, and asked the
7  defendants in both actions to stipulate to continue the CMCs in both cases to July 1, 2008. As it
8  turns out, the only date in July on which counsel for all parties in the related cases are available is
9  July 29. Given that this case was filed on April 24, 2008, and the related *InterVideo v. Dell* case is
10 stayed pending an ITC investigation, counsel for all parties respectfully submit that the requested
11 continuance will not substantially delay the prosecution or disposition of either case on its merits.

12 Accordingly, the parties stipulate and request that the CMC currently scheduled for June 17,
13 2008, be rescheduled to July 29, 2008. The parties further understand and stipulate that, in the event
14 this stipulation is granted, then the various pre-CMC dates for meeting and conferring and preparing
15 a Joint CMC Statement will correspondingly be continued as well.

16 By his signature below, counsel for plaintiff attests that counsel for defendant concurred in
17 the filing of this document.

18 So stipulated:

19 Dated: June 2, 2008                FINNEGAN, HENDERSON, FARABOW,
                                        GARRETT & DUNNER, L.L.P.

22                                      By:        /s/
                                            ROBERT F. McCAULEY
23                                          Attorneys for Plaintiff
                                            COREL TW CORPORATION

25 Dated: June 2, 2008                BINGHAM McCUTCHEN

27                                      By:        /s/
                                            PATRICK T. WESTON
28                                          Attorneys for Defendant
                                            CYBERLINK.COM

STIPULATION TO CONTINUE CMC
Case No.: CV-08-02146 CW

1

**[PROPOSED[ ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT the Case Management Conference in this action is continued to July 29, 2008, at 2:00 p.m.

HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT