1 | Robert F. McCauley (State Bar No. 162056)
Tina E. Hulse (State Bar No. 232936)
2 | FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
3 | 3300 Hillview Avenue
Palo Alto, California 94304
4 | Telephone:   (650) 849-6600
Facsimile:    (650) 849-6666
5 | robert.mccauley@finnegan.com
tina.hulse@finnegan.com
6 |
Roger Taylor (*Not Yet Admitted Pro Hac Vice*)
7 | F. Leslie Bessenger III (*Not Yet Admitted Pro Hac Vice*)
Joseph E. Palys (*Not Yet Admitted Pro Hac Vice*)
8 | FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
9 | 3500 SunTrust Plaza
303 Peachtree Street, NE
10 | Atlanta, GA 30308-3263
Telephone:   (404) 653-6400
11 | Facsimile:    (404) 653-6444
roger.taylor@finnegan.com
12 | les.bessenger@finnegan.com
joe.palys@finnegan.com
13 |
14 | Attorneys for Plaintiff
COREL TW CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COREL TW CORPORATION, | CASE NO. CV-08-2146 CW |
| Plaintiff, | **CERTIFICATE OF SERVICE OF DEFENDANT CYBERLINK CORPORATION** |
| v. | |
| CYBERLINK CORPORATION and CYBERLINK.COM CORPORATION, | |
| Defendants. | |

I, Robert F. McCauley, declare as follows:

1. I am a partner with the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner L.L.P., counsel of record for Plaintiff COREL TW CORPORATION in the above-entitled action. I am over the age of 18 years, and if called to testify as to the contents of this declaration, would do so competently and truthfully, and of my own knowledge.

2. After filing this action, I spoke to Gary M. Hnath of Bingham McCutchen LLP, who identified himself as counsel for both Defendants Cyberlink Corporation and Cyberlink.com Corporation in this action. Mr. Hnath agreed on May 27, 2008, that both Defendants have been duly served with the summons and complaint in this action.

Dated: June 9, 2008

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.


By: _____/s/_____
ROBERT F. McCAULEY
Attorneys for Plaintiff
COREL TW CORPORATION