1  Robert F. McCauley (State Bar No. 162056)
   Tina E. Hulse (State Bar No. 232936)
2  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
3  3300 Hillview Avenue
   Palo Alto, California  94304
4  Telephone:     (650) 849-6600
   Facsimile:     (650) 849-6666
5  robert.mccauley@finnegan.com
   tina.hulse@finnegan.com
6
   Roger Taylor (*Not Yet Admitted Pro Hac Vice*)
7  F. Leslie Bessenger III (*Not Yet Admitted Pro Hac Vice*)
   Joseph E. Palys (*Not Yet Admitted Pro Hac Vice*)
8  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
9  3500 SunTrust Plaza
   303 Peachtree Street, NE
10 Atlanta, GA 30308-3263
   Telephone:     (404) 653-6400
11 Facsimile:     (404) 653-6444
   roger.taylor@finnegan.com
12 les.bessenger@finnegan.com
   joe.palys@finnegan.com
13

14 Attorneys for Plaintiff
   COREL TW CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COREL TW CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CYBERLINK CORPORATION and<br>CYBERLINK.COM CORPORATION,<br><br>　　　　　　Defendants. | CASE NO. CV-08-2146 CW<br><br>**ORDER GRANTING AS MODIFIED STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

1   With the Court's permission, the parties to this action hereby stipulate that the Case Management Conference ("CMC") in this action, currently scheduled for Tuesday, June 17, 2008, be continued until Tuesday, July 29, 2008.

This matter was ordered related to *Intervideo Digital Technology Corporation v. Dell Inc.* (C 05-03317), and CMCs for both cases are scheduled for June 17, 2008. However, counsel for plaintiff, Robert F. McCauley, has a family vacation planned from June 16-27, 2008, and asked the defendants in both actions to stipulate to continue the CMCs in both cases to July 1, 2008. As it turns out, the only date in July on which counsel for all parties in the related cases are available is July 29. Given that this case was filed on April 24, 2008, and the related *InterVideo v. Dell* case is stayed pending an ITC investigation, counsel for all parties respectfully submit that the requested continuance will not substantially delay the prosecution or disposition of either case on its merits.

Accordingly, the parties stipulate and request that the CMC currently scheduled for June 17, 2008, be rescheduled to July 29, 2008. The parties further understand and stipulate that, in the event this stipulation is granted, then the various pre-CMC dates for meeting and conferring and preparing a Joint CMC Statement will correspondingly be continued as well.

By his signature below, counsel for plaintiff attests that counsel for defendant concurred in the filing of this document.

So stipulated:

Dated: June 2, 2008            FINNEGAN, HENDERSON, FARABOW,
                               GARRETT & DUNNER, L.L.P.


                               By:        /s/
                                  ROBERT F. McCAULEY
                                  Attorneys for Plaintiff
                                  COREL TW CORPORATION


Dated: June 2, 2008            BINGHAM McCUTCHEN


                               By:        /s/
                                  PATRICK T. WESTON
                                  Attorneys for Defendant
                                  CYBERLINK.COM

STIPULATION TO CONTINUE CMC
Case No.:  CV-08-02146 CW

1

1 **ORDER**

2    PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT the Case Management

3 Conference in this action is continued to **August 5, 2008, at 2:00 p.m**.

*[signature]*

HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT