1  Robert F. McCauley (State Bar No. 162056)
   Tina E. Hulse (State Bar No. 232936)
2  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
3  3300 Hillview Avenue
   Palo Alto, California 94304
4  Telephone:    (650) 849-6600
   Facsimile:    (650) 849-6666
5  robert.mccauley@finnegan.com
   tina.hulse@finnegan.com
6
   Roger Taylor (*Not Yet Admitted Pro Hac Vice*)
7  F. Leslie Bessenger III (*Not Yet Admitted Pro Hac Vice*)
   Joseph E. Palys (*Not Yet Admitted Pro Hac Vice*)
8  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
9  3500 SunTrust Plaza
   303 Peachtree Street, NE
10 Atlanta, GA 30308-3263
   Telephone:    (404) 653-6400
11 Facsimile:    (404) 653-6444
   roger.taylor@finnegan.com
12 les.bessenger@finnegan.com
   joe.palys@finnegan.com
13
   Attorneys for Plaintiff
14 COREL TW CORPORATION

15

16
                        UNITED STATES DISTRICT COURT
17
                       NORTHERN DISTRICT OF CALIFORNIA
18
                              OAKLAND DIVISION
19

20 
   COREL TW CORPORATION,                    CASE NO. CV-08-02146 CW
21
                  Plaintiff,                **NOTICE OF VOLUNTARY
22                                          DISMISSAL WITHOUT PREJUDICE**
            v.
23
   CYBERLINK CORPORATION and
24 CYBERLINK.COM CORPORATION,

25               Defendants.

26

27

28

1  PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),
Plaintiff Corel TW Corporation hereby voluntarily dismisses the Complaint in the above-captioned action without prejudice.  Defendants Cyberlink Corporation and Cyberlink.com Corporation have not served an answer or a motion for summary judgment.

Dated: June 16, 2008          FINNEGAN, HENDERSON, FARABOW,
                                  GARRETT & DUNNER, L.L.P.


                              By:_____/s/_____
                                  TINA E. HULSE
                                  Attorneys for Plaintiff
                                  COREL TW CORPORATION